**[J-80-2021] [OISA: Mundy, J.]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| RUTH L. KNEEBONE | : | No. 52 MAP 2021 |
| | : | |
| | : | Appeal from the Order of the |
| v. | : | Commonwealth Court at No. 807 |
| | : | C.D. 2019 dated July 9, 2020, |
| | : | Reconsideration Denied August 26, |
| ZONING HEARING BOARD OF THE | : | 2020, Reversing the Order of the |
| TOWNSHIP OF PLAINFIELD AND | : | Northampton County Court of |
| PATRICK LUTZ AND PAMELA LUTZ | : | Common Pleas, Civil Division, at No. |
| | : | C-48-CV-2018-11586 dated June 7, |
| APPEAL OF: PATRICK LUTZ AND | : | 2019. |
| PAMELA LUTZ | : | |
| | : | ARGUED: December 7, 2021 |

## OPINION IN SUPPORT OF REVERSAL

**JUSTICE DOUGHERTY**                                                   **DECIDED: April 28, 2022**

I fully join the Opinion in Support of Reversal authored by Chief Justice Baer. I also join the thoughtful analysis of Justice Wecht's Opinion in Support of Dismissal, with the exception of his preferred disposition of dismissal.